## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KENNY RAY RILEY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:08-cv-57-SEB-WGH |
| | ) | |
| LISA LIZENBY, | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 02/23/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenny Ray Riley
DOC # 188717
Branchville Training Center
P.O. Box 500
Tell City, IN 47568

Ross E. Rudolph
rer@rfpj.com

Stacy Kerns Harris
skh@rfpj.com